IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TRENEESHIA S. MCBRIDE,

    Plaintiff,

v.                                                                                                No. 1:24-cv-00454-JCH-SCY

K.L. WOLGOMUTH – 1958 and
1890 WOODRUFF MANIFESTO,

    Defendants.

## **MEMORANDUM OPINION AND ORDER OF DISMISSAL**

Plaintiff, who is proceeding *pro se*, names "KL Wolgomuth – 1958" as a defendant and states Defendant Wolgomuth is employed as a "Terro[r]ist of the United States." Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, Doc. 1, filed May 10, 2024 ("Complaint"). Plaintiff also names "1890 Woodruff Manifesto," a "Terro[r]ist Concentration Camp," as a defendant. Complaint at 2. Plaintiff alleges:

> I as the Plaintiff. Have been going through an Revolutionary war treatments of toture act's. As an colored individual or African American women.
>
> I have be harassed to the point of no return. Discriminated up-against. To the points of my 11th through 19th Bill of Rights and Constitutional Amendment rights. When I have been violated. Due invasion acts of. Homelessness. 0 Financial ezemption/fraudulent/embezzlement acts. of identity theft's. And (living in concentration camp.)

[sic] Complaint at 2. Plaintiff seeks: (i) a "declaration of my true identity;" (ii) "to be granted immediate housing;" (iii) to "be protected by U.S. Military/Judicial/Gov.[] Agengy's Agentcies;" (iv) "to be re-established with all 4 plus 3 grand children or 4; and (v) "contest my many in [illegible]/estates left on over by Grandpa-Grandma-fathers-mothers Please." [sic] Complaint at 10.

United States Magistrate Judge Steven C. Yarbrough notified Plaintiff:

> The Complaint fails to state a claim upon which relief can be granted because there are no allegations describing what Defendants did to Plaintiff, when Defendants did it and what specific legal right Plaintiff believes each Defendant violated. *See Nasious v. Two Unknown B.I.C.E. Agents, at Arapahoe County Justice Center*, 492 F.3d 1158, 1163 (10th Cir. 2007) ("[T]o state a claim in federal court, a complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated.").

Order for Amended Complaint at 3, Doc. 5, filed May 13, 2024. Judge Yarbrough ordered Plaintiff to file an amended complaint and notified Plaintiff that failure to timely file an amended complaint may result in dismissal of this case. *See* Order for Amended Complaint at 5.

Plaintiff filed two one-page documents. The first is a "Legal Letter of Declaration of Iden[ti]ty" which states Plaintiff is homeless and requests the Court to fax President Biden. Doc. 6 at 1, filed May 17, 2024. The second is a "Declaration/Contestment Notice" which states "I should not be pronounced dead . . . I[']m still alive" and gives notice of Plaintiff's appearance "to contest all financial records / tax records in the regards of, and biological mother Augustine R. McBride." Doc. 7 at 1, Filed May 17, 2024. Plaintiff did not file an amended complaint by the June 3, 2024, deadline.

The Court dismisses this case without prejudice pursuant to 28 U.S.C. § 1915(e)(2) because the Complaint fails to state a claim upon which relief can be granted and Plaintiff did not timely file an amended complaint as ordered by Judge Yarbrough.

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
SENIOR UNITED STATES DISTRICT JUDGE